AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Michael J. | United States District Court, Southern District of Ohio | 8/24/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

200 West Second Street, Room 505
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Cincinnati Public Radio, Inc. |
| 2. | Board of Directors | Cincinnati Bar Association |
| 3. | Board fo Directors | Federal Bar Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | United States Government Thrift Savings Plan; pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 8/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | January 28 - 30, 2011 | Los Angeles, CA | Board of Directors Meeting | Transportation, meals, hotel |
| 2. | Federal Bar Association | March 16 - 20, 2011 | Washington, DC | Board of Directors Meeting | Transportation, meals, hotel |
| 3. | Federal Bar Association | June 23 - 25, 2011 | New York City, NY | Board of Directors Meeting | Transportation, meals, hotel |
| 4. | Federal Bar Association | Sept 7 - 11, 2011 | Chicago, Ill | Board of Directors Meeting | Transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 8/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association - Dayton, Ohio Chapter | Donation used toward the reception following the investiture. | $500.00 |
| 2. | Federal Bar Association - Cincinnati/ Northern Kentucky Chapter | Donation used toward the reception following the investiture. | $1,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Primary Mortgage; Rental property #1; Beach Haven N.J.(Section 7, Line #18) | O |
| 2. | CitiBank | Secondary Mortgage; Rental property #1; Beach Haven, N.J. | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 8/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Brokerage Account #1 | | | | | | | | | |
| 2.   Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 3.   iShares MSCI Australia Index Fund | A | Dividend | J | T | | | | | |
| 4.   iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 5.   India Fund | A | Dividend | J | T | | | | | |
| 6.   SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 7.   Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 8.   Brokerage Account #2 | | | | | | | | | |
| 9.   Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 10.   iShares MSCI Australia Index Fund | A | Dividend | J | T | | | | | |
| 11.   iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 12.   India Fund | A | Dividend | J | T | | | | | |
| 13.   SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 14.   Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 15.   Brokerage Account #3 | | | | | | | | | |
| 16.   Gabelli Asset Fund (Correction of spelling) | A | Dividend | J | T | | | | | |
| 17.   iShares MSCI Australia Index Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 8/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 19. India Fund | A | Dividend | J | T | | | | | |
| 20. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 21. Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 22. Brokerage Account #4 | | | | | | | | | |
| 23. "Private Bank" - deposit account | A | Interest | J | T | | | | | |
| 24. Brokerage Acct #5 | | | | | | | | | |
| 25. Cincinnati Financial | A | Dividend | J | T | | | | | |
| 26. Deutscne Telekom | A | Dividend | J | T | | | | | |
| 27. Exxon Mobile | A | Dividend | J | T | | | | | |
| 28. GE | A | Dividend | J | T | | | | | |
| 29. Intel | A | Dividend | J | T | | | | | |
| 30. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 31. Merck | A | Dividend | J | T | | | | | |
| 32. Spectra Energy | A | Dividend | J | T | | | | | |
| 33. Abbott Laboratories | B | Dividend | J | T | Buy | 10/4/11 | J | | |
| 34. See Part VIII | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 8/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. See Part VIII | | | | | | | | | |
| 36. Cisco Systems | C | Dividend | J | T | Buy | 12/02/11 | J | | |
| 37. Conoco Phillips | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 38. See Part VIII | | | | | | | | | |
| 39. Eli Lilly & Co | B | Dividend | J | T | Buy | 10/17/11 | J | | |
| 40. Morgan Stanley Cap Trust Pfd | B | Dividend | J | T | Buy | 10/17/11 | J | | |
| 41. See Part VIII | | | | | | | | | |
| 42. See Part VIII | | | | | | | | | |
| 43. See Part VIII | | | | | | | | | |
| 44. Penn West Energy | B | Dividend | J | T | Buy | 10/17/11 | J | | |
| 45. Pentair | B | Dividend | J | T | Buy | 10/04/11 | J | | |
| 46. See Part VIII | | | | | | | | | |
| 47. Procter & Gamble | C | Dividend | J | T | Buy | 10/12/11 | J | | |
| 48. A Schulman | B | Dividend | J | T | Buy | 10/04/11 | J | | |
| 49. Waste Management | B | Dividend | J | T | Buy | 10/04/11 | J | | |
| 50. Wells Farbo Corp Pfd | B | Dividend | J | T | Buy | 10/17/11 | J | | |
| 51. Whirlpool | C | Dividend | J | T | Buy | 11/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 8/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 11/23/11 | J | | |
| 53. Private Bank - Bank Deposit Account | A | Interest | M | T | | | | | |
| 54. 401(k) #1 | A | Interest | L | T | | | | | |
| 55. Rental property #1 Beach Haven, N.J. | F | Rent | P1 | W | | | | | |
| 56. 1/2 interest ___, Laura, Ohio | D | Rent | N | W | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 8/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Per instruction in the advisory letter of August 13, 2012 the following corrections have been made to the May 15, 2011 amended report.

PART VII - page 5, line 23 - The listing of cash has been amended to indicate this is a bank deposit account with Private Bank.

PART VII - page 7, line 52 - The list of cash has been amended to indicate this is a bank deposit account with Private Bank.

PART VII - pages 5 - 6, lines 33, 36, 37, 399, 40, 44, 45, 47 - 51 - All listed companies were new purchases made after the initial report in 2011.

PART VI - pages 5 - 6, lines 34, 35, 38, 41, 42, 43, and 46 items reported in error. It has been determined they were purchased in calendar year 2012 and will be reported on the 2012 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael J. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544